DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN WILLIAMS,**
Appellant,

v.

**TARGET CORPORATION,**
Appellee.

No. 4D2023-2499

[May 16, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 50-2022-CA-007802-XXXX-MB.

Dan W. Moses and Benjamin L. Moses of The Moses Legal Team, P.A., Boca Raton, for appellant.

Jon D. Derrevere and Shirley Jean McEachern of Derrevere Stevens Black & Cozad, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***